UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



THOMAS SMITH                                                                                       PLAINTIFF

VS.                                                        CIVIL ACTION NO. 5:07cv229DCB-JMR

VICKSBURG CONVALESCENT HOME                                              DEFENDANT

## AGREED ORDER

THIS CAUSE IS BEFORE THE COURT on the Defendant's Motion to Dismiss or in the Alternative to Compel Arbitration. The parties have announced that they have compromised their differences and settled their issues as contained in the Defendant's Motion to Dismiss, and the Plaintiff has agreed that his claims should be submitted to binding arbitration. Therefore, the Court, having found that it has jurisdiction over the parties and the subject matter, does hereby order as follows:

IT IS ORDERED AND ADJUDGED that this matter be stayed and held in abeyance and that the same be referred to binding arbitration.

UNITED STATES DISTRICT COURT JUDGE

2-1-08

AGREED TO:

/s/ SAMUEL C. MARTIN
Attorney at Law
Post Office Box 3508
Jackson, MS 39207
601-354-7878
Miss. State Bar No. 101480

/s/ W. DAVIS FRYE
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
4268 I-55 N
Jackson, MS 39211
601-351-2400
Miss. Bar No. 10671