```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

THOMAS SMITH, INDIVIDUALLY AND ON
BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF JOE SMITH, DECEASED                    PLAINTIFF

VS.                       CIVIL ACTION NO. 5:07-cv-229(DCB)(JMR)

VICKSBURG CONVALESCENT HOME
AND JOHN AND JANE DOES 1-10                            DEFENDANTS

                             ORDER

   This cause is before the Court on the defendants' motion to dismiss or alternatively to compel arbitration **(docket entry 2)**. Having carefully considered the motion and the record in this case, the Court finds that inasmuch as the parties have agreed to arbitrate this matter and stay this action, the defendants' motion is moot.  Accordingly,

   IT IS HEREBY ORDERED that the defendants' motion to dismiss or alternatively to compel arbitration **(docket entry 2)** is MOOT.

   SO ORDERED, this the  16th  day of May, 2008.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE